UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-00510-DOC-JDE                              Date: September 19, 2025

Title: Lumen21, Inc. v. Lumen Technologies, Inc.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION**

On September 8, 2025, in its half of the Joint Status Report Regarding Consolidation of Cases ("Status Report) (Dkt. 51), Plaintiff represented that it was "prepared to file a consolidated complaint within seven days after the Court orders consolidation." Status Report at 2. Accordingly, when the Court issued its Order Consolidating Cases ("Order") (Dkt. 52) on September 10, 2025, it ordered as follows: "Plaintiff is **ORDERED** to file a consolidated complaint within 7 days." Order at 3. Plaintiff violated the Order when it failed to file a consolidated complaint by September 17, 2025. Plaintiffs are hereby ordered to show cause, on or before **September 26, 2025**, as to why this case should not be dismissed for lack of prosecution. Defendants may also file a response if they wish to be heard on this issue.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk:
                                                                                 kdu
CIVIL-GEN