MERCHANT & GOULD LLP[1]
Scott P. Shaw (Bar No. 223592)
sshaw@merchantgould.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (949) 330-0202

MERCHANT & GOULD P.C.
Scott Johnston (admitted *pro hac vice*)
sjohnston@merchantgould.com
Heather Kliebenstein (admitted *pro hac vice*)
hkliebenstein@merchantgould.com
Marra Clay (admitted *pro hac vice*)
mclay@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Telephone: (612) 332-5300

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMEN21, INC., *a Nevada corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>LUMEN TECHNOLOGIES, INC., *a Louisiana corporation* and CENTURYLINK COMMUNICATIONS, LLC, *a Delaware limited liability company*.<br><br>Defendants. | Case No.: 8:25-cv-00510-DOC-JDE<br><br>**LTI'S NOTICE OF MOTION AND SECOND RENEWED MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**<br><br>Assigned to: Hon. David O. Carter<br><br>Hearing Date: November 10, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A |

PLEASE TAKE NOTICE that on November 10, 2025, at 8:30 A.M. or as soon thereafter as this matter may be heard before the Honorable David O. Carter

---

[1] Merchant & Gould operates as an LLP within California.

1

located in Courtroom 10A of the United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, Defendant Lumen Technologies, Inc. ("LTI") will and hereby does move the Court for an order dismissing all claims.

This Motion is based on the Memorandum of Points and Authorities filed contemporaneously herewith, and upon such oral argument and submissions that may be presented at or before hearing of this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 25, 2025.

DATED: October 3, 2025

BY: */s/Scott P. Shaw*
MERCHANT & GOULD LLP
Scott P. Shaw (Bar No. 223592)
sshaw@merchantgould.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (949) 330-0202

MERCHANT & GOULD P.C.
Scott Johnston (admitted *pro hac vice*)
sjohnston@merchantgould.com
Heather Kliebenstein (admitted *pro hac vice*)
hkliebenstein@merchantgould.com
Marra Clay (admitted *pro hac vice*)
mclay@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Telephone: (612) 332-5300
Fax: (612) 332-9081

*Counsel for Defendants*