| | |
|---|---|
| 1 | Michael Eshaghian, Bar No. 300869 |
| 2 | michael@meshiplaw.com |
|   | MESH IP LAW, PC |
| 3 | 5632 Van Nuys Blvd. #1395 |
|   | Van Nuys, CA 91401 |
| 4 | Telephone: (213) 357-5668 |
| 5 | |
| 6 | Guy Ruttenberg, Bar No. 207937 |
|   | guy@ruttenbergiplaw.com |
| 7 | RUTTENBERG IP LAW, APC |
|   | 1801 Century Park East, Suite 1920 |
| 8 | Los Angeles, CA 90067 |
| 9 | Telephone: (310) 627-2270 |

*Attorneys for Plaintiff Lumen21, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMEN21, INC., *a Nevada corporation*, | Case No. 8:25-cv-00510-DOC-JDE |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Courtroom: 10A |
| LUMEN TECHNOLOGIES, INC., *a Louisiana corporation* and CENTURYLINK COMMUNICATIONS, LLC, *a Delaware limited liability company*. | Honorable David O. Carter United States District Judge |
| Defendants. | |

STIPULATION

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff and Counter-Defendant Lumen21, Inc., Defendant Lumen Technologies, Inc., and Defendant and Counterclaimant CenturyLink Communications, LLC, hereby agree that all claims and counterclaims in this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 21, 2025

By: */s/ Michael Eshaghian*

Michael Eshaghian, Bar No. 300869
michael@meshiplaw.com
MESH IP LAW, PC
5632 Van Nuys Blvd. #1395
Van Nuys, CA 91401
Telephone: (213) 357-5668

Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW, APC
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270

*Attorneys for Plaintiff Lumen21, Inc.*

Dated: November 21, 2025

By: */s/ Marra Clay*

MERCHANT & GOULD P.C.
Scott Johnston (admitted *pro hac vice*)
sjohnston@merchantgould.com
Heather Kliebenstein (admitted *pro hac vice*)
hklienbenstein@merchantgould.com
Marra Clay (admitted *pro hac vice*)
mclay@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 332-5300

MERCHANT & GOULD LLP[1]
Scott P. Shaw (Bar No. 223592)
sshaw@merchantgould.com
6700 Centinela Avenue, 2nd Floor
Los Angeles, CA 90230
Telephone: (424) 600-4915

*Attorneys for Defendants Lumen Technologies, Inc. and CenturyLink Communications, LLC*

---

[1] Merchant & Gould operates as an LLP within California.

1
STIPULATION

**STATEMENT PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

I, Michael Eshaghian, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 21, 2025                    By: */s/ Michael Eshaghian*